UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMMY J. TAYLOR, | ) |
| | ) CASE NO. C13-2322-RSL-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of his applications for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI) by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 16.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) further evaluate plaintiff's maximum RFC in clear functional terms, with specific reference to the opinion

REPORT AND RECOMMENDATION
PAGE -1

evidence of record in support of the assessed limitations; and (2) clearly articulate the weight accorded such evidence; in so doing, the ALJ will further evaluate plaintiff's subjective complaints under SSR 96-7p. The ALJ will reevaluate the step 4 and 5 findings and obtain vocational expert testimony. The parties further agree that plaintiff may submit additional evidence and argument on remand, that plaintiff will be afforded the opportunity to appear and testify at a supplemental hearing, and that no aspect of the ALJ's prior decision is affirmed.

Given the above, the Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 9th day of July, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2